IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00158-PAB-BNB

PAMELA D. NODLAND, and
CHRISTIAN S. NODLAND,

Plaintiffs,

v.

ROSEMARY M. MURPHY, as Public Trustee of Montrose County, Colorado,
WELLS FARGO HOME MORTGAGE, INC., a California corporation,
THE BANK OF NEW YORK MELLON, f/k/a The Bank of New York as Successors in Interest to J.P. Morgan Chase Bank N.A. as Trustee for Credit Suisse First Boston Mortgage Backed Securities Trust 2003-29, a Delaware corporation,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware corporation,
CACH, LLC, a Colorado limited liability company,
CAPITAL ONE BANK, a national banking institution, and
THE INTERNAL REVENUE SERVICE of the United States of America,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Leave to Withdraw** [docket no. 29, filed March 16, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and attorney Lloyd D. Quesenberry is withdrawn from the representation of plaintiff and is to be removed from the electronic service.

      It should be noted that individual attorneys only are added or removed from cases, not law firms.  In this instance, only Mr. Quesenberry has been withdrawn and attorney Michael Duran is still listed as an attorney of record.

DATED:  March 17, 2011